UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV18-04833 JAK (JPRx) | Date | October 15, 2018 |
|---|---|---|---|
| Title | Cheryl Anglim v. PPG Industries, Inc., et al. | | |

---

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Olesia Boulaev | Craig G. Staub |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND TO STATE COURT (DKT. 22)**

The motion hearing is held with respect to Plaintiff's Motion to Remand (the "Motion"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

|  | : | 13 |
|---|---|---|
| Initials of Preparer | ak | |