UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL ANGLIM,<br><br>Plaintiff,<br><br>v.<br><br>PPG INDUSTRIES, INC., a Pennsylvania corporation, PRC-DESOTO INTERNATIONAL, INC., a California corporation, and DOES 1-10,<br><br>Defendant. | Case No. 2:18-CV-04833 JAK (JPRx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1.

Pursuant to the stipulation of Plaintiff CHERYL ANGLIM and Defendants PPG INDUSTRIES, INC. and PRC-DESOTO INTERNATIONAL, INC., the Court hereby **GRANTS** the Stipulation. This action is dismissed in its entirety with prejudice. Each party will bear her/its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated: February 22, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE